**EASTMAN KODAK COMPANY, Appellant, v. Conway P. COE, Commissioner of Patents.**

No. 8406.

United States Court of Appeals,

District of Columbia.

Decided Dec. 6, 1943.

Mr. R. Frank Smith, of Rochester, N. Y., with whom Messrs. Clarence M. Fisher, of Washington, D. C., and Newton M. Perrins, of Rochester, N. Y., were on the brief, for appellant.

Mr. E. L. Reynolds, of Washington, D. C., with whom Mr. W. W. Cochran, Solicitor, United States Patent Office, of Washington, D. C., was on the brief, for appellee.

Before GRONER, Chief Justice, and MILLER and ARNOLD, Associate Justices.

PER CURIAM.

Affirmed upon the authority of Lincoln Engineering Co. v. Stewart-Warner Corp., 303 U.S. 545, 549, 550, 58 S.Ct. 662, 82 L. Ed. 1008.